UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM MATTHEW SMITH,

        Defendant.
_____/

No.   1:22-mj- 15

COMPLAINT
**PENALTY SHEET**

**COUNTS 1 and 2** – Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine; 21 U.S.C. § 841(a)(1) (November 10, 2021 and January 11, 2022)

**Maximum penalty:** Not more than 20 years in prison and/or a $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:** 3 years to life [21 U.S.C. § 841(b)(1)(C)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 3** – Possession with Intent to Distribute 50 grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine; 21 U.S.C. § 841(a)(1) (January 8, 2022)

**Maximum penalty:** Not less than 5 years and not more than 40 years in prison and/or a $5,000,000 fine [21 U.S.C. § 841(b)(1)(B(viii)]

**Supervised Release:** 4 years to life [21 U.S.C. § 841(b)(1)(B)(viii)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

Date:  January 18, 2022                 /s/ Daniel T. McGraw
                                                     Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046